382 A.2d 747

Commonwealth v. Gambino, Appellant.

Submitted December 22, 1976. Calvin S. Drayer, Jr., and Joseph R. D'Annunzio, Assistant Public Defenders, for appellant; Ross Weiss, First Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.